## UNITED STATES COURT OF INTERNATIONAL TRADE

**FORM 1**

| | |
|---|---|
| Brushby, LLC<br><br>                    **Plaintiff,**<br><br>v.<br><br>**UNITED STATES,**<br>                    **Defendant.** | **S U M M O N S**<br><br>**Court No.** 25-cv-00261 |

**TO:** The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



/s/ Mario Toscano
Clerk of the Court

### PROTEST

| Port(s) of Entry: 1401, 1703 | Center (if known): |
|---|---|
| Protest Number: 140125108275, 140125108276, 140125108277, 140125108278, 140125108279, 140125108280, 140125108281, 140125108282, 170325117157, 170325117158, 170325117159, 170325117160, 170325117161, 170325117162, 170325117163, 170325117164, 70325117165. | Date Protest Filed: 4/17/2025; 4/18/2025 |
| Importer: Brushby, LLC | Date Protest Denied: 5/16/2025 |
| Category of Merchandise: Chemicals | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 600-10476939 | 4/18/2021 | 10/25/2024 | 600-10538712 | 5/21/2021 | 10/25/2024 |
| 600-10512568 | 5/7/2021 | 10/25/2024 | 600-10538761 | 5/21/2021 | 10/25/2024 |
| 600-10515579 | 5/10/2021 | 10/25/2024 | 600-10538720 | 5/25/2021 | 10/25/2024 |
| 600-10515637 | 5/10/2021 | 10/25/2024 | 600-10538696 | 5/25/2021 | 10/25/2024 |
| 600-10515652 | 5/10/2021 | 10/25/2024 | 600-10538795 | 5/25/2021 | 10/25/2024 |
| 600-10533705 | 5/17/2021 | 10/25/2024 | 600-10539827 | 5/27/2021 | 10/25/2024 |
| 600-10537953 | 5/17/2021 | 10/25/2024 | 600-10539835 | 5/27/2021 | 10/25/2024 |
| 600-10538019 | 5/17/2021 | 10/25/2024 | 600-10539850 | 5/27/2021 | 10/25/2024 |
| 600-10538019 | 5/17/2021 | 10/25/2024 | | | |

Irene H. Chen
VCL Law, LLP
1945 Old Gallows Road, Suite 260, Vienna, VA 22182
Tel: (301) 760-7393
Email: IChen@VCLLegal.com

Name, Address, Telephone Number and E-mail Address of Plaintiff's Attorney

## CONTESTED ADMINISTRATIVE DECISION

| **Appraised Value of Merchandise** | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| **Classification, Rate or Amount** | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| | | | | |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

19 USC 1514(a)(2), the rate and amount of duties chargeable.

The issue which was common to all such denied protests:
Whether CBP incorrectly imposed the 285.63% China-wide AD duty rate (or other rate) upon liquidation of entries of trichloroisocyanuric acid ("trichlor") that was exported by Heze Huayi Chemical Co., Ltd. ("Heze"), sold to Water Solutions, LLC, and imported by Brushby, LLC, when Commerce calculated a different AD duty rate for trichlor exports by Heze that were "sold to" Water Solutions.

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

/s/ Irene H. Chen
*Signature of Plaintiff's Attorney*

11/12/2025
*Date*

## SCHEDULE OF PROTESTS

Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 170325117165 | 4/18/2025 | 5/16/2025 | 600-10539850 | 5/27/2021 | 10/25/2024 | 1703 |
| 170325117164 | 4/18/2025 | 5/16/2025 | 600-10539835 | 5/27/2021 | 10/25/2024 | 1703 |
| 170325117163 | 4/18/2025 | 5/16/2025 | 600-10539827 | 5/27/2021 | 10/25/2024 | 1703 |
| 170325117162 | 4/18/2025 | 5/16/2025 | 600-10538795 | 5/25/2021 | 10/25/2024 | 1703 |
| 170325117161 | 4/18/2025 | 5/16/2025 | 600-10538761 | 5/21/2021 | 10/25/2024 | 1703 |
| 170325117160 | 4/18/2025 | 5/16/2025 | 600-10538720 | 5/25/2021 | 10/25/2024 | 1703 |
| 170325117159 | 4/18/2025 | 5/16/2025 | 600-10538712 | 5/21/2021 | 10/25/2024 | 1703 |
| 170325117158 | 4/18/2025 | 5/16/2025 | 600-10538696 | 5/25/2021 | 10/25/2024 | 1703 |
| 140125108282 | 4/18/2025 | 5/16/2025 | 600-10538068 | 5/17/2021 | 10/25/2024 | 1401 |
| 140125108281 | 4/18/2025 | 5/16/2025 | 600-10538019 | 5/17/2021 | 10/25/2024 | 1401 |
| 140125108280 | 4/18/2025 | 5/16/2025 | 600-10537953 | 5/17/2021 | 10/25/2024 | 1401 |
| 170325117157 | 4/17/2025 | 5/16/2025 | 600-10512568 | 5/7/2021 | 10/25/2024 | 1703 |
| 140125108279 | 4/17/2025 | 5/16/2025 | 600-10533705 | 5/17/2021 | 10/25/2024 | 1401 |
| 140125108278 | 4/17/2025 | 5/16/2025 | 600-10515652 | 5/10/2021 | 10/25/2024 | 1401 |
| 140125108277 | 4/17/2025 | 5/16/2025 | 600-10515637 | 5/10/2021 | 10/25/2024 | 1401 |
| 140125108276 | 4/17/2025 | 5/16/2025 | 600-10515579 | 5/10/2021 | 10/25/2024 | 1401 |
| 140125108275 | 4/17/2025 | 5/16/2025 | 600-10476939 | 4/18/2021 | 10/25/2024 | 1401 |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021.)